# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SDC INVESTMENT PROPERTIES, LLC, SPAZIO DI CASA, LLC, SPAZIO DI CASA, INC.,** and **ITALIAN MOBILITY, LLC,**
Appellants,

v.

**LLOYD'S UNDERWRITERS AT LONDON** a/k/a **CERTAIN UNDERWRITERS AT LLOYDS INSURANCE GROUP, INC., COASTAL INSURANCE GROUP, INC.,** and **MARIA L. MARTINEZ,**
Appellees.

No. 4D18-1193

[April 18, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Raag Singhal, Judge; L.T. Case No. CACE15-22080.

Jason H. Haber of Haber/Blank, LLP, Fort Lauderdale, and Walter G. Campbell and Kelley B. Stewart of Krupnick Campbell, Et al., Fort Lauderdale, for appellants.

Neil Rose of Bernstein, Chackman, Liss, Hollywood, for appellee Coastal Insurance Group, Inc, and Maria L. Martinez. Robert A. Stok, Brian H. McGuire and Yosef Kudan of Stok Folk + Kon, Aventura.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***